# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Joseph Maxwell,

    Plaintiff,

v.

Ocwen Loan Servicing, LLC,

    Defendant.

Court No.: 0:18-cv-01382-MJD-HB

**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

Based upon the Stipulation for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party is to bear their own fees and costs.

IT IS SO ORDERED

Dated:   October 25, 2018    s/ Michael J. Davis
                                          HONORABLE MICHAEL J. DAVIS
                                          UNITED STATES DISTRICT COURT